# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WILLIE MURPHY,

    Plaintiff,

v.                                                    Case No. 3:10cv146/LAC/EMT

AETNA LIFE INSURANCE COMPANY,

    Defendant.
_____/

## **FINAL ORDER OF DISMISSAL**

This matter having come before the Court on a Joint Stipulation for Dismissal, this case is hereby **DISMISSED** with prejudice, with each party to bear its own fees and costs.

**ORDERED** on this 8th day of October, 2010.

                                                      s/*L.A. Collier*
                                                    Lacey A. Collier
                                         Senior United States District Judge